HARVEY P. SACKETT (72488)

**SACKETT AND ASSOCIATES**
A PROFESSIONAL LAW CORP.

1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile: (408) 295-7444

Attorney for Plaintiff

/jgl

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| CAROLYN C. CARPENTER,, | ) | Case No: 3:14-cv-00214 RS |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | STIPULATION AND ORDER |
| | ) | |
| CAROLYN W. COLVIN, | ) | |
| Acting Commissioner, | ) | |
| Social Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |

    Plaintiff and Defendant, through their respective attorneys, hereby stipulate that: (1) Plaintiff shall have a first extension of time of (45) days up through and including Monday, July 21, 2014 in which to e-file her Motion for Summary Judgment; and (2) Defendant shall file any opposition, including cross-motions, on or before August 18, 2014. This extension is necessitated by the number of cases (9) the firm presently has pending before this and other district courts that require briefing.

|   |   |
|---|---|
|   | MELINDA L. HAAG<br>United States Attorney |
| Dated: June 3, 2014 | */s/*<br>CAROLYN B. CHEN<br>Special Assistant U.S. Attorney<br>Social Security Administration |
| Dated: June 3, 2014 | */s/*<br>HARVEY P. SACKETT<br>Attorney for Plaintiff<br>CAROLYN C. CARPENTER |

IT IS SO ORDERED.

Dated: 6/3/14

RICHARD SEEBORG
United States District Judge

2