HARVEY P. SACKETT (72488)

**SACKETT AND ASSOCIATES**
A PROFESSIONAL LAW CORP.

1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile: (408) 295-7444

/jgl

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| CAROLYN C. CARPENTER, | ) | No.: 3:14-cv-00214 RS |
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND ORDER FOR DISMISSAL |
| CAROLYN W. COLVIN,<br>Acting Commissioner, Social Security Administration, | ) | |
| Defendant. | ) | |

    Plaintiff and Defendant, through their respective attorneys, hereby stipulate that this matter be dismissed in its entirety without prejudice. Each party shall bear their own attorney's fees and costs.

///

//

/

1

STIPULATION AND ORDER FOR DISMISSAL

MELINDA L. HAAG
United States Attorney

Dated: July 21, 2014

/s/
CAROLYN B. CHEN
Special Assistant U.S. Attorney
Social Security Administration
Attorney for the Defendant

Dated: July 21, 2014

/s/
HARVEY P. SACKETT
Attorney for Plaintiff
CAROLYN C. CARPENTER

IT IS SO ORDERED.

Dated: 7/21/14

HON. RICHARD SEEBORG
United States District Judge

2

STIPULATION AND ORDER FOR DISMISSAL